THE STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. BARON M. ROSENBAUM, PLAINTIFF IN ERROR.

Argued November 21, 1906—Decided November 26, 1906.

On error to the Supreme Court.

For the plaintiff in error, *Harvey F. Carr.*

For the state, *F. Morse Archer.*

Per Curiam.

The judgment brought here by this writ of error is affirmed, for the reasons given in the opinion in the Supreme Court.

*For affirmance*—The Chancellor, Garrison, Fort, Garretson, Pitney, Swayze, Reed, Trenchard, Bogert, Vredenburgh, Vroom, Green, Gray, Dill, J.J.    14.

*For reversal*—None.